GEORGE W. COLE AND OTHERS, APPELLANTS, *v.* MATTHIAS DENUE, RESPONDENT.

*Evidence — Code, sec. 399.*

Where in an action of ejectment, in which plaintiffs and defendant claim title from different owners, evidence is given on the part of the plaintiffs as to certain admissions made by a grantor of the defendant, the testimony of such grantor is properly admitted to rebut this evidence, even though it relates to transactions had with a deceased person, through whom the plaintiffs claim title.

APPEAL from an order made at the Special Term, denying a motion for a new trial made on a case and exceptions.

*A. L. Martin,* for the appellants.

*J. W. Elseffer,* for the respondent.

Opinion by DONOHUE, J.

Present — TAPPEN and DONOHUE, JJ.

Judgment and order denying new trial affirmed, with costs.

---

LEWIS BEACH, RESPONDENT, *v.* JOHN EAGER, APPELLANT.

*Complaint for fraud — cause of action on contract cannot be proved under.*

Under a complaint for fraud, it is not sufficient to prove a cause of action upon contract.[*]

APPEAL from a judgment in favor of plaintiff, entered at the County Court of Orange county.

The complaint alleged a cause of action arising from fraudulent representations as to the defendant's power to sell a mortgage, and as to the amount due thereon. The case went to the jury under a charge of the judge, that the plaintiff was entitled to recover if the employment was not within the scope of defend-

[*] Degraw v. Elmore, 50 N. Y., 1.

ant's agency.   The jury were not required to find fraud on the part of the defendant.

*Allerton & Mills,* for the appellant.

*John H. Bergen,* for the respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and DONOHUE, JJ.

Judgment reversed and a new trial granted, costs to abide event.

---

JOHN HIGGINS, RESPONDENT, *v.* THE NEWTOWN AND FLUSHING RAILROAD COMPANY, APPELLANT.

*Implied assumpsit — when special contract is made measure of damages.*

A party who has performed a special contract, may sue upon an implied assumpsit, and, upon the trial, give in evidence the contract-price as the measure of damages.*

APPEAL from a money judgment, entered on the verdict of a jury at the Queens County Circuit.

*Elias J. Beach,* for the appellant.

*James W. Covert,* for the respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., and DONOHUE, J:

Judgment affirmed, with costs.

    * Farron v. Sherwood, 17 N. Y., 227 ; Fells v. Vestvali, 39 id., 152.